# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON ___1/6/2015___ CD
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
v.
Javon Tyshaun Baker

Date of Original Judgment: August 20, 2013
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

)
)
)
)
)
)
)
)

Case No: 7:12-CR-30-1BO

USM No: 56604-056

Lauren Brennan
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ]DENIED. [✓]GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____6_____ months **is reduced to** _____ / months*_____
Tw 8

*On Count 1. Count 3 remains unchanged at 60 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 20, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 1-6-15

Judge's signature

Effective Date: November 1, 2015
(if different from order date)

Terrence W. Boyle, U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011